UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:22-cr-80-JA-PRL
(Forfeiture)

ANTONIO EUGENE BRUTTON

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States Motion for a Final Judgment of Forfeiture (Doc. 64, filed July 10, 2023), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the Walther PPS 9mm firearm, serial number AZ5420, with all associated ammunition, and all associated ammunition as to the Springfield Armory XD .40 caliber firearm, serial number XD522571.

On April 10, 2023, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), the Court entered a Preliminary Order of Forfeiture for the assets, finding that the United States established the requisite nexus between the firearm and ammunition and the offenses charged in Counts Three and Four of the Indictment (Doc. 54, filed April 10, 2023).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notices of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov,

from April 28, 2023 through May 27, 2023 (Doc. 62, filed May 30, 2023). The publication gave notice to all third parties with a legal interest in the assets to file with the Clerk of the Court, Ocala Division, Golden-Collum Memorial Federal Building and U.S. Courthouse, 207 N.W. Second Street, Ocala, Florida 34475, a petition to adjudicate their interests within 60 days of the first date of publication. No third party is known by the United States to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States.

**DONE** and **ORDERED** on July 12, 2023.

---
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

3